IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ABDUL KARIM PIRANI,** | § | CASE NO. 12-41916-BTR-11 |
| | § | |
| Debtor. | § | CHAPTER 11 |

## ORDER GRANTING MOTION FOR DISCHARGE AND TO CLOSE CASE

CAME ON FOR CONSIDERATION the Motion for Discharge and to Close Case (the "Motion") filed by Abdul Karim Pirani ("Debtor"), Debtor in the above-styled and numbered case. Debtor gave proper service and notice on the Motion. No objections were filed to the Motion. The Court, having considered such Motion, finds that it should be and hereby is GRANTED. It is therefore

**ORDERED** that the Debtor is granted a discharge pursuant to 11 U.S.C. § 1141(d) and this case is closed.

SIGNED:

Signed on 4/6/2022

*Brenda T. Rhoades*  YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Attorneys for Debtor

Order Granting Motion for Discharge and to Close Case